# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Alan Dewayne Davis
Debtor(s).

Case Number: 12–13231
Chapter 13

## NOTICE OF FILING OF "EVIDENCE OF TRANSFER" OR ASSIGNMENT OF CLAIM COMBINED WITH RELATED NOTICE

To the alleged transferor:

    Pursuant to the Fed.R.Bankr.P. 3001(e)(2), as amended on August 1, 1991, **NOTICE IS HEREBY GIVEN** that "Evidence of Transfer" or assignment of claim has been filed with the Bankruptcy Court Clerk's Office.

    **NOTICE IS FURTHER GIVEN** to the alleged transferor that objection thereto, if any, must be filed with the Bankruptcy Court Clerk within 21 days of the date appearing on this notice and served on the "Transferee"; that if the alleged transferor has been transferred other than for security, it shall enter an order substituting the transferee for the transferor; and if a timely objection is not filed by the alleged transferor the transferee shall be substituted for the transferor without further notice and without the need for Court approval.

                                  **BANKRUPTCY COURT CLERK**

                                    **By: Valeta Marcom**
                                    **Deputy Court Clerk**
                                    **Date: April 22, 2013**

[eot] [Evidence of Transfer – 02/14/2002]