# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Alan Dewayne Davis
Debtor(s).

Case Number: 12–13231
Chapter 13

## NOTICE OF FILING OF "EVIDENCE OF TRANSFER" OR ASSIGNMENT OF CLAIM COMBINED WITH RELATED NOTICE

To the alleged transferor:

   Pursuant to the Fed.R.Bankr.P. 3001(e)(2), as amended on August 1, 1991, **NOTICE IS HEREBY GIVEN** that "Evidence of Transfer" or assignment of claim has been filed with the Bankruptcy Court Clerk's Office.

   **NOTICE IS FURTHER GIVEN** to the alleged transferor that objection thereto, if any, must be filed with the Bankruptcy Court Clerk within 21 days of the date appearing on this notice and served on the "Transferee"; that if the alleged transferor has been transferred other than for security, it shall enter an order substituting the transferee for the transferor; and if a timely objection is not filed by the alleged transferor the transferee shall be substituted for the transferor without further notice and without the need for Court approval.

**BANKRUPTCY COURT CLERK**

**By:   Valeta Marcom**
**Deputy Court Clerk**
**Date:   April 22, 2013**

[eot] [Evidence of Transfer – 02/14/2002]

United States Bankruptcy Court
Western District of Tennessee

In re:                                                              Case No. 12-13231-jlc
Alan Dewayne Davis                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0651-1          User: valeta          Page 1 of 2          Date Rcvd: Apr 23, 2013
                              Form ID: eot          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
db          +Alan Dewayne Davis,   1730 Sand Mountain Road,   Enville, TN 38332-1726
cr           eCast Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft Lowell Rd, Ste 200,
              Tucson, AZ  85712-1083
30879685    +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0651-1          User: valeta              Page 2 of 2                  Date Rcvd: Apr 23, 2013
                              Form ID: eot              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
          Richard H. Walker   on behalf of Debtor Alan Dewayne Davis ecf@walker-law.biz,
           tammie@walkerlawtn.com;leslie@walkerlawtn.com
          Stephen L. Hughes   on behalf of Creditor   First Heritage Credit of Tennessee, LLC
           kbhlaw@bellsouth.net
          Timothy H. Ivy   ecf@ch13jax.com
          U.S. Trustee   ustpregion08.me.ecf@usdoj.gov
                                                                                                                     TOTAL: 4